COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Denerick Fulford v. The State of Texas

Appellate case number:   01-15-00917-CR

Trial court case number:  1149046

Trial court:                      178th District Court of Harris County

This is an appeal from a criminal case. Appellant was charged with possession of a controlled substance on January 12, 2008. He pleaded guilty and a final judgment was entered on October 7, 2015. A notice of appeal was filed on October 9, 2015.

Appellants' counsel was appointed on October 27, 2016. As of the end of January 2017, no appellant's brief has been filed.

An earlier motion for an extension of time was granted. That motion made no mention of any record deficiencies. The brief is now over 90 days late, which is the maximum amount of additional time ordinarily granted to complete a brief.

Appellant's counsel requests an extension of time because the record is missing two items, transcripts of hearings on November 14, 2014 and September 11, 2015. The motion does not identify the subject of these hearings or suggest anything about their relevance to the appeal. Based on the clerk's record, the November 2014 related to a motion to suppress, which ultimately was granted. In September 2015 there was a hearing on a motion to adjudicate.

In light of the history of procedural irregularities relating to this appeal, the court now **ORDERS**:

- A supplemental record including the transcripts of the November 14, 2014 and September 11, 2015 hearings shall be filed in this court no later than **March 10, 2017**.

- Appellant's brief shall be filed no later than **March 28, 2017**. No further extensions shall be granted absent a detailed demonstration of diligent efforts to comply with this order and good cause why a further extension is necessary.

It is so ORDERED.


Judge's signature: /s/ <u>Michael Massengale</u>
                        ☒ Acting individually     ☐ Acting for the Court


Date: February 28, 2017